# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Walter Jones

                            Plaintiff,

v.                                                    Case No.: 1:09−cv−05542
                                                            Honorable Nan R. Nolan

Twin Express, Inc., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 22, 2011:

      MINUTE entry before Honorable Nan R. Nolan:Defendants' Motion for entry of a dismissal order [58] is granted. This case is hereby dismissed with prejudice. Any and all pending motions are hereby terminated. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.